Michael W. Keane, Esq.
California State Bar No. 220685
WOODBURN AND WEDGE
6100 Neil, Road, Suite 500
Post Office Box 2311
Reno, Nevada 89511
Telephone: (775) 688-3000
Facsimile: (775) 688-3088
Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHICO UNIFIED SCHOOL DISTRICT,<br><br>    Plaintiff,<br><br>    vs.<br><br>IG PROPERTIES LTD, LLC; ALBERT G. "BERT" GARLAND, an individual; and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>_____/ | Case No. 2:15-cv-00325-MCE-CMK<br><br>**STIPULATION AND ORDER TO REMAND TO STATE COURT** |

Plaintiff, CHICO UNIFIED SCHOOL DISTRICT, and Defendants, IG PROPERTIES LTD, LLC ("IG Properties") and ALBERT G. "BERT" GARLAND ("Bert"), by and through their respective counsels of record, hereby stipulate and agree that this matter should be remanded to the Butte County Superior Court in California.

///
///
///
///
///
///
///
///

-1-

STIPULATION AND ORDER TO REMAND TO STATE COURT

...

The parties agree and request that this Court remand the case to State Court with each party bearing its own attorney's fees and costs.

DATED this 5th day of March, 2015.       DATED this 5th day of March, 2015.

WOODBURN AND WEDGE                        KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD

By: */s/ Michael W. Keane*                By: */s/ Ronald J. Scholar*
Michael W. Keane, Esq.                        Ronald J. Scholar, Esq.
California State Bar No. 220685               California State Bar No. 187948
Attorneys for Defendants                      Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: March 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT